IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ESTES EXPRESS LINES<br>3901 West Broad Street<br>Richmond, Virginia 23230 | :<br>:<br>:<br>: | CIVIL ACTION |
| Plaintiff | :<br>: | NO. <u>05-670</u> |
| v. | :<br>: | |
| NEW CASTLE TRUCK REPAIR AND<br>MANUFACTURING, INC.<br>1009 River Road<br>New Castle, Delaware 19720 | :<br>:<br>:<br>:<br>: | |
| <u>Defendant</u> | : | |

**CERTIFICATE OF SERVICE**

I, Brian E. Lutness, hereby certify that two copies of the complaint were served on Defendant, New Castle Truck Repair and Manufacturing, Inc, via service on the secretary of State on September 26, 2005.

                  Respectfully submitted,

                  SILVERMAN, McDONALD & FRIEDMAN

By:   <u>/s/: Brian E. Lutness</u>
        Brian E. Lutness, Esquire
        DE Bar ID: 3572
        1010 North Bancroft Parkway,
        Suite 22
        Wilmington, DE 19805
        Telephone: 302-888-2900
        Fax: 302-888-2923
        E-mail: brian@silverman-mcdonald.psemail.com

<u>OF COUNSEL</u>:

Kenneth J. Grunfeld, Esquire
Chad D. Mountain, Esquire
JANSSEN & KEENAN P.C.
One Commerce Square
2005 Market Street, Suite 2050
Philadelphia, PA 19103
215-665-8888 phone
215-665-8887 fax
E-mail:  kgrunfeld@janssenkeenan.com
E-mail:  cmountain@janssenkeenan.com

Attorneys for Plaintiff
Estes Express Lines

Dated: February 14, 2006