IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ESTES EXPRESS LINES<br>3901 West Broad Street<br>Richmond, Virginia 23230 | :<br>:<br>: CIVIL ACTION<br>: |
| Plaintiff | : NO. 1:05-cv-00670-KAJ |
| v. | : |
| NEW CASTLE TRUCK REPAIR AND<br>MANUFACTURING, INC.<br>1009 River Road<br>New Castle, Delaware 19720 | : **REQUEST FOR ENTRY OF**<br>: **DEFAULT PURSUANT TO**<br>: **RULE 55(a)**<br>:<br>: **ELECTRONICALLY FILED** |
| Defendant | : |

Plaintiff Estes Express Lines ("Estes") hereby requests that the Clerk enter a default against defendant New Castle Truck Repair and Manufacturing, Inc. ("New Castle"), pursuant to Rule 55(a) of the Federal Rules of Civil Procedure. In support of its request, Estes states the following:

New Castle was properly served by process server on September 26, 2005. A copy of the Return of Service is attached as Exhibit "A" to this Request.

As of the date of the filing of this Request, counsel has not entered their appearance on behalf of New Castle, nor has New Castle filed an answer, a motion to dismiss, a motion for summary judgment, or any other responsive pleading.

WHEREFORE, plaintiff Estes Express Lines requests the Clerk to enter a default against defendant New Castle Truck Repair and Manufacturing, Inc. pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

                                    Respectfully submitted,

                                    SILVERMAN, McDONALD &
                                    FRIEDMAN

By:   /s/: Brian E. Lutness
        Brian E. Lutness, Esquire
        DE Bar ID: 3572
        1010 North Bancroft Parkway, Suite 22
        Wilmington, DE 19805
        Telephone: (302) 888-2900
        Fax: (302) 888-2923

        E-mail: lutness@juno.com

OF COUNSEL:

Kenneth J. Grunfeld, Esquire
Chad D. Mountain, Esquire
JANSSEN & KEENAN P.C.
One Commerce Square
2005 Market Street, Suite 2050
Philadelphia, PA 19103
215-665-8888 phone
215-665-8887 fax
E-mail: kgrunfeld@janssenkeenan.com
E-mail: cmountain@janssenkeenan.com

                                    Attorneys for Plaintiff
                                    Estes Express Lines

Dated: February 21, 2006