IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ESTES EXPRESS LINES<br>3901 West Broad Street<br>Richmond, Virginia 23230 | :<br>:<br>:   CIVIL ACTION<br>: |
| Plaintiff | :   NO. 1:05-cv-00670-KAJ<br>: |
| v. | :<br>: |
| NEW CASTLE TRUCK REPAIR AND<br>MANUFACTURING, INC.<br>1009 River Road<br>New Castle, Delaware 19720 | :   **REQUEST FOR ENTRY OF**<br>:   **DEFAULT PURSUANT TO**<br>:   **RULE 55(a)**<br>:<br>:   **ELECTRONICALLY FILED** |
| <u>Defendant</u> | : |

**CERTIFICATE OF SERVICE**

This is to certify that on February 21, 2006, a copy of the foregoing Request for Entry of Default Pursuant to Rule 55(a) was filed electronically.

I hereby certify that on February 21, 2006, a true and correct copy of the foregoing Request for Entry of Default Pursuant to Rule 55(a) was served by U.S. first class mail, postage prepaid, upon the following:

> New Castle Truck Repair and Manufacturing, Inc.
> 1009 River Road
> New Castle, Delaware 19720

By:   /s/: Brian E. Lutness
Brian E. Lutness, Esquire
DE Bari ID: 3572
SILVERMAN, McDONALD &
FRIEDMAN
1010 North Bancroft Parkway, Suite 22
Wilmington, DE 19805
Telephone: (302) 888-2900
Fax: (302) 888-2923
E-mail: lutness@juno.com