

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2006 MAR 15  PM 3: 20

| | | |
|---|---|---|
| ESTES EXPRESS LINES, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 05-670 (KAJ) |
| | ) | |
| v. | ) | |
| | ) | |
| NEW CASTLE TRUCK REPAIR AND MANUFACTURING, INC., | ) ) | |
| | ) | |
| Defendant. | ) | |

### CLERK'S ENTRY OF DEFAULT

AND NOW TO WIT THIS 15th day of March 2006, it appearing from the record that the above named defendant has not answered or otherwise moved with respect to the complaint, and the plaintiff having requested the entry of a default,

IT IS HEREBY ORDERED, in accordance with FRCP 55(a) that a default is hereby entered against the defendant.

_____
DEPUTY CLERK

Wilmington, Delaware