# *EXHIBIT "A"*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ESTES EXPRESS LINES<br>3901 West Broad Street<br>Richmond, Virginia 23230<br><br>　　　　　　　　Plaintiff<br><br>　　　　v<br><br>NEW CASTLE TRUCK REPAIR AND<br>MANUFACTURING, INC.<br>1009 River Road<br>New Castle, Delaware 19720<br><br>　　　　　　　　Defendant | CIVIL ACTION<br><br>NO. _____<br><br><br><br>COMPLAINT |

### Parties

1. Plaintiff Estes Express Lines ("Estes") is a motor carrier engaged in the performance of interstate carriage for hire by authority of the U.S. Surface Transportation Board pursuant to 49 U.S.C. § 13501.

2. Estes is a Virgina corporation with its principal place of business located at 3901 West Broad Street, Richmond, Virginia 23230.

3. Defendant New Castle Truck Repair and Manufacturing, Inc ("New Castle") is, upon information and belief, a Delaware corporation with its place of business located at 1009 River Road, New Castle, Delaware 19720.

### Jurisdiction

4. Jurisdiction in this matter is based upon 28 U.S.C. § 1337(a) as a cause of action arising under the Interstate Commerce Act, 49 U.S.C. §§ 10101, *et seq*.

5. The subject matter of this action stems from freight charges assessed pursuant to applicable agreements, tariffs, and rates governing the carriage of freight by motor carrier.

6. Venue lies in this judicial district by virtue of 28 U.S.C. § 1391(a) in that the defendant's principal place of business is in this judicial district.

7. The subject matter of this action stems from freight charges assessed pursuant to applicable agreements, tariffs and rates governing the common carriage of freight by motor carrier.

### Cause of Action

8. Estes entered into an agreement with New Castle pursuant to which New Castle agreed to pay Estes for the interstate transport of freight by motor carrier

9. Pursuant to the agreement between the parties, Estes served as a motor carrier transporting freight in interstate commerce on behalf of New Castle

10. Estes presented New Castle with certified freight bills for each movement, and demanded payment of freight charges in accordance with the rates and terms agreed to by the parties. These rates include a "discount" for prompt payment that is removed if payment is not received in a timely manner. A true and correct copy of the list of freight charges _with_ the discount is appended hereto as Exhibit "A" and incorporated herein by reference

11. With the discount removed, the amount of freight charges due and owing to Estes from New Castle pursuant to governing tariffs presently totals $26,463.60, plus accrued interest and costs.

12. Pursuant to the terms of the applicable tariff and agreements between the parties, Estes is contractually entitled to recover fees and costs presently in the amount of $7,939.08 incurred as a result of having to file and pursue its claim in litigation before this Court.

13. Despite demand by Estes for payment, New Castle has refused to make payment of said freight bills

WHEREFORE, Estes Express Lines demands the following relief under its Complaint:

a    A judgment against defendant New Castle Truck Repair and Manufacturing, Inc. in the total amount of $34,402.68 pursuant to the applicable tariffs and agreements;

b.    Recovery of its costs, plus interest; and

c    Any and all other relief to which it is entitled.

Respectfully submitted,

SILVERMAN, McDONALD & FRIEDMAN

By: *[signature]*

Brian Lutness, Esquire
DE Bar ID: 3572
1010 North Bancroft Parkway,
Suite 22
Wilmington, DE 19805
Telephone: 302-888-2900
Fax: 302-888-2923
E-mail: brian@silverman-mcdonald.psemail.com

OF COUNSEL:

Kenneth J. Grunfeld, Esquire
Chad D. Mountain, Esquire
JANSSEN & KEENAN P.C.
One Commerce Square
2005 Market Street, Suite 2050
Philadelphia, PA 19103
215-665-8888 phone
215-665-8887 fax
E-mail: kgrunfeld@janssenkeenan.com
E-mail: cmountain@janssenkeenan.com

Attorneys for Plaintiff
Estes Express Lines

Dated: September 14, 2005

# *EXHIBIT "A"*

DATE: 4/11/2005                    ESTES EXPRESS LINES                              TIME: 16:46:28
                          CUSTOMER #: 2761020  CUSTOMER NAME: NEW CASTLE TRUCK REPAIR    PAGE: 1
                              Account Detail Report for Aging Break                 Program: RAR755

| Adj/Pro Number | Statement Date | Billed Amount | Freight Bill Dt | Statement Number | Bol# | Po# | Terms | Balance Due | Program Number P/D |
|---|---|---|---|---|---|---|---|---|---|
| 006 12542221 | 2/03/05 | 188.44 | 1/31/05 | 1011756 | NS | NS | PPD | 188.44 | 2 |
| 067 01217733 | 10/29/04 | 141.92 | 10/26/04 | 710832 | NS | NS | COL | 141.92 | 2 |
| 082 02699920 | 1/19/05 | 211.77 | 1/13/05 | 962071 | NS | NS | COL | 211.77 | 1 |
| 083 03044421 | 11/23/04 | 145.72 | 11/18/04 | 793237 | NS | NA | COL | 145.72 | 1 |
| 083 03586649 | 10/12/04 | 159.04 | 10/07/04 | 648146 | NS | NA | COL | 159.04 | 2 |
| 083 03666677 | 1/13/05 | 287.82 | 8/27/04 | 553405 | C081201 | NS | PPD | 145.90 | 2 |
| 083 03711826 | 1/14/05 | 86.60 | 1/11/05 | 948150 | C082601 | NS | PPD | 86.60 | 1 |
| 083 03711831 | 1/19/05 | 115.37 | 1/11/05 | 948150 | NS | NS | PPD | 115.37 | 1 |
| 083 03718337 | 1/25/05 | 93.53 | 1/14/05 | 979716 | NS | NS | PPD | 93.53 | 1 |
| 083 03755638 | 10/15/04 | 214.74 | 1/20/05 | 962071 | D011403 | CODE RED | PPD | 214.74 | 1 |
| 083 03755639 | 10/15/04 | 159.58 | 10/12/04 | 662362 | NS | 21-310315 | PPD | 159.58 | 2 |
| 083 03756641 | 10/18/04 | 101.52 | 10/12/04 | 662362 | C101205 | NA | PPD | 101.52 | 1 |
| 083 03755642 | 10/18/04 | 151.06 | 10/13/04 | 666929 | 66030 | NA | PPD | 151.06 | 1 |
| 083 03755647 | 10/18/04 | 212.47 | 10/13/04 | 666929 | C091605 | NS | PPD | 212.47 | 2 |
| 083 03768860 | 10/18/04 | 149.02 | 10/15/04 | 676781 | C092902 | NS | PPD | 149.02 | 2 |
| 083 03768862 | 12/10/04 | 155.45 | 12/07/04 | 847686 | C100804 | NS | PPD | 155.45 | 1 |
| 083 03768863 | 12/15/04 | 86.41 | 12/15/04 | 877178 | 11146F | NS | PPD | 86.41 | 1 |
| 083 03768866 | 12/20/04 | 188.23 | 12/15/04 | 877178 | C121502 | NA | PPD | 188.23 | 2 |
| 083 03812255 | 12/28/04 | 84.03 | 12/22/04 | 899806 | C121306 | 0023997 | PPD | 84.03 | 1 |
| 083 03811268 | 1/07/05 | 153.14 | 1/04/05 | 925833 | NS | NS | PPD | 153.14 | 1 |
| 083 03811273 | 1/27/05 | 107.95 | 1/19/05 | 975196 | D011902 | NS | PPD | 107.95 | 1 |
| 083 03835630 | 10/04/04 | 163.21 | 1/24/05 | 988833 | 13104PQ | NS | PPD | 163.21 | 1 |
| 083 03835632 | 10/04/04 | 292.53 | 9/28/04 | 618986 | NS | NS | PPD | 292.53 | 2 |
| 083 03835633 | 10/04/04 | 148.80 | 9/29/04 | 618986 | NS | NA | PPD | 148.80 | 2 |
| 083 03835634 | 10/05/04 | 87.18 | 9/30/04 | 625115 | NS | NA | PPD | 87.18 | 2 |
| 083 03835635 | 10/05/04 | 91.31 | 9/30/04 | 625115 | NS | NA | PPD | 91.31 | 2 |
| 083 03835640 | 10/05/04 | 145.59 | 9/30/04 | 625115 | NS | NA | PPD | 145.59 | 1 |
| 083 03835641 | 10/06/04 | 81.81 | 10/01/04 | 630203 | NS | NA | PPD | 81.81 | 2 |
| 083 03835643 | 10/07/04 | 74.46 | 10/04/04 | 630203 | NS | NA | PPD | 74.46 | 2 |
| 083 03835732 | 10/13/04 | 178.91 | 10/08/04 | 634570 | NS | NA | PPD | 178.91 | 1 |
| 083 03835737 | 10/25/04 | 174.75 | 10/20/04 | 653480 | NS | NA | PPD | 174.75 | 2 |
| 083 03835738 | 10/25/04 | 83.47 | 10/20/04 | 691155 | NS | NA | PPD | 83.47 | 2 |
| 083 03835739 | 10/25/04 | 76.16 | 10/20/04 | 691155 | NS | 21310278 | PPD | 76.16 | 2 |
| 083 03837741 | 10/26/04 | 369.48 | 10/25/04 | 691155 | NS | 34102885 | PPD | 369.48 | 2 |
| 083 03837742 | 10/26/04 | 85.56 | 10/21/04 | 691155 | NS | 26731 | PPD | 85.56 | 2 |
| 083 03837745 | 10/27/04 | 81.03 | 10/21/04 | 695844 | NS | NA | PPD | 81.03 | 2 |
| 083 03964405 | 2/08/05 | 147.50 | 10/22/04 | 701521 | NS | 21-310277 | PPD | 147.50 | 1 |
| 083 03964414 | 2/10/05 | 109.16 | 2/03/05 | 1025265 | NS | NA | PPD | 109.16 | 2 |
| 083 03964416 | 2/11/05 | 84.03 | 2/07/05 | 1034404 | NS | NA | PPD | 84.03 | 2 |
| 083 03964426 | 2/14/05 | 271.24 | 2/08/05 | 1038878 | NS | NA | PPD | 271.24 | 2 |
| 083 03964427 | 2/14/05 | 200.37 | 2/09/05 | 1043365 | NS | NA | PPD | 200.37 | 2 |
| 083 03964436 | 2/18/05 | 92.43 | 2/09/05 | 1043365 | NS | BOBBY | PPD | 92.43 | 2 |
| 083 03964437 | 2/18/05 | 198.72 | 2/15/05 | 1061701 | NS | NS | PPD | 198.72 | 2 |
| 083 03964438 | 2/18/05 | 83.09 | 2/15/05 | 1061701 | NS | NS | PPD | 83.09 | 2 |
| 083 03964439 | 2/18/05 | 111.86 | 2/15/05 | 1061701 | NS | NA | PPD | 111.86 | 2 |
| 083 03964442 | 2/18/05 | 84.03 | 2/15/05 | 1061701 | NS | BILL | PPD | 84.03 | 2 |
| 083 03964448 | 2/21/05 | 226.15 | 2/16/05 | 1066227 | 66474 | JOHN | PPD | 226.15 | 2 |
| 083 03973352 | 2/23/05 | 75.04 | 2/18/05 | 1075351 | NS | NA | PPD | 75.04 | 2 |
| 083 03973353 | 10/29/04 | 88.58 | 10/26/04 | 710832 | NS | 34-102985 | PPD | 88.58 | 2 |

```
DATE: 4/11/2005                          ESTES EXPRESS LINES                              TIME: 16:46:28
                              CUSTOMER #:  2761020   CUSTOMER NAME: NEW CASTLE TRUCK REPAIR   PAGE: 2
                                      Account Detail Report for Aging Break                  Program: RAR755
```

| Adj/ Pro Number | Statement Date | Billed Amount | Freight Bill Dt | Statement Bol# | Po# | Terms | Balance Due | Number P/D |
|---|---|---|---|---|---|---|---|---|
| 083 0397354 | 10/29/04 | 98.53 | 10/26/04 | 710832 | NS | 0188 | PPD | 98.53 | 1 |
| 083 0397355 | 10/29/04 | 87.85 | 10/26/04 | 710832 | NS | 34362 | PPD | 87.85 | 2 |
| 083 0397356 | 10/29/04 | 127.50 | 10/26/04 | 710832 | NS | NA | PPD | 127.50 | 2 |
| 083 0397363 | 11/05/04 | 204.92 | 11/02/04 | 736050 | NA | NA | PPD | 204.92 | 2 |
| 083 0397369 | 11/11/04 | 76.50 | 11/08/04 | 755380 | NS | NA | PPD | 76.50 | 1 |
| 083 0397377 | 11/18/04 | 135.13 | 11/15/04 | 779156 | NS | JOE | PPD | 135.13 | 2 |
| 083 0397391 | 12/02/04 | 110.80 | 11/29/04 | 817865 | NS | TODD | PPD | 110.80 | 1 |
| 083 0397603 | 12/06/04 | 193.78 | 12/01/04 | 827661 | NS | NS | PPD | 193.78 | 1 |
| 083 0397604 | 12/06/04 | 121.96 | 12/01/04 | 827661 | NS | NS | PPD | 121.96 | 1 |
| 083 0397606 | 12/07/04 | 187.72 | 12/02/04 | 832752 | NS | NS | PPD | 187.72 | 1 |
| 083 0397607 | 12/07/04 | 87.20 | 12/02/04 | 832752 | C110402 | BRIAN | PPD | 87.20 | 1 |
| 083 0397610 | 12/08/04 | 87.46 | 12/03/04 | 837902 | C111507 | 04-309974 | PPD | 87.46 | 1 |
| 083 0397618 | 12/15/04 | 87.19 | 12/10/04 | 862319 | NS | 35327 | PPD | 87.19 | 1 |
| 083 0397619 | 12/15/04 | 87.07 | 12/10/04 | 862319 | NS | 11201BOB | PPD | 87.07 | 1 |
| 083 0397643 | 1/11/05 | 89.51 | 1/06/05 | 934416 | NS | 35506 | PPD | 89.51 | 1 |
| 083 0397644 | 1/11/05 | 191.11 | 1/06/05 | 934416 | NS | 12932PQ | PPD | 191.11 | 1 |
| 083 0397650 | 1/14/05 | 134.76 | 1/11/05 | 948150 | NS | NA | PPD | 134.76 | 1 |
| 083 0405321 | 11/02/04 | 121.57 | 10/28/04 | 720213 | NS | NS | PPD | 121.57 | 2 |
| 083 0405322 | 11/02/04 | 76.50 | 10/28/04 | 720213 | NS | NA | PPD | 76.50 | 2 |
| 083 0409451 | 12/10/04 | 134.27 | 12/07/04 | 847686 | NS | 34-102753 | PPD | 134.27 | 2 |
| 523 5192596 | 1/27/05 | 412.91 | 1/24/05 | 988833 | NS | NA | COL | 412.91 | 1 |
| 524 5270599 | 1/11/05 | 309.61 | 1/04/05 | 934416 | NS | NS | COL | 309.61 | 1 |
| 524 5272439 | 1/24/05 | 308.37 | 1/19/05 | 975196 | NS | NS | COL | 308.37 | 1 |

```
                                              Total Due:  10573.68
```