# *EXHIBIT "B"*

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | 9/26/05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| GRANVILLE MORRIS | SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☒ Other (specify):   SERVED: NEW CASTLE TRUCK REPAIR AND MANUFACTURING, INC. C/O THE DELAWARE SECRETARY OF STATE DOVER, DE COPIES THEREOF WERE ACCEPTED BY SHAWN MOORE

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   9/26/05
                    _____          _____
                          Date                      *Signature of Server*
                                                BRANDYWINE PROCESS SERVERS, LTD.
                                                P.O. BOX 1360
                                                WILMINGTON, DE 19899-1360
                                                302-475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.