# EXHIBIT "C"

## U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:05-cv-00670-KAJ

Estes Express Lines v. New Castle Truck Repair and Manufacturing Inc.
Assigned to: Honorable Kent A. Jordan
Cause: 28:1337 Sherman-Clayton Act

Date Filed: 09/14/2005
Jury Demand: None
Nature of Suit: 190 Contract: Other
Jurisdiction: Federal Question

**Plaintiff**

**Estes Express Lines**                            represented by **Brian E. Lutness**
                                                                    Silverman & McDonald
                                                                    1010 North Bancroft Parkway
                                                                    Suite 22
                                                                    Wilmington, DE 19805
                                                                    (302) 888-2900
                                                                    Email: lutness@juno.com
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**New Castle Truck Repair and Manufacturing Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 09/14/2005 | 1 | COMPLAINT filed against New Castle Truck Repair and Manufacturing Inc. - Magistrate Consent Notice to Pltf. ( Filing fee $ 250, receipt number 140610.) - filed by Estes Express Lines. (Attachments: # 1 Civil Cover Sheet # 2 Acknowledgement of Consent Form)(els, ) (Entered: 09/15/2005) |
| 09/14/2005 |   | Summons Issued as to New Castle Truck Repair and Manufacturing Inc. on 9/14/2005. (els, ) (Entered: 09/15/2005) |
| 09/21/2005 |   | Case assigned to Judge Kent A. Jordan. Please include the initials of the Judge (KAJ) after the case number on all documents filed. (rjb, ) (Entered: 09/21/2005) |
| 02/14/2006 | 2 | ACKNOWLEDGEMENT OF SERVICE Executed *on September 26, 2005* Acknowledgement filed by Estes Express Lines. (Attachments: # 1 Supplement Subpoena Return of Service)(Lutness, Brian) (Entered: 02/14/2006) |
| 02/21/2006 | 3 | MOTION for Default Judgment as to New Castle Truck Repair and Manufacturing Inc - filed by Estes Express Lines. (Attachments: # 1 Supplement Certificate of Service# 2 Exhibit Return of Service)(Lutness, Brian) (Entered: 02/21/2006) |
| 03/15/2006 | 4 | Clerk's ENTRY OF DEFAULT as to New Castle Truck Repair and Manufacturing Inc. (rwc, ) (Entered: 03/15/2006) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/23/2006 14:04:33 | | | |
| PACER Login: | jk0375 | Client Code: | 1511 082 |
| Description: | Docket Report | Search Criteria: | 1:05-cv-00670-KAJ Start date: 1/1/1970 End date: 3/23/2006 |
| Billable Pages: | 1 | Cost: | 0.08 |