IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ESTES EXPRESS LINES<br>3901 West Broad Street<br>Richmond, Virginia 23230<br><br>           Plaintiff<br><br>v.<br><br>NEW CASTLE TRUCK REPAIR AND<br>MANUFACTURING, INC.<br>1009 River Road<br>New Castle, Delaware 19720<br><br>           Defendant | CIVIL ACTION<br><br>NO. 1:05-cv-00670-KAJ<br><br><br><br>**DEFAULT JUDGMENT** |

**AND NOW**, this _____ day of _____, 2006, upon Application for Entry of Default Judgment and the Affidavit of David S. Jones, it is hereby **ORDERED** that Judgment is entered in favor of plaintiff Estes Express Lines and against defendant New Castle Truck Repair and Manufacturing, Inc. in the amount of $34,402.68.

                                                      BY THE COURT:

                                                      _____
                                                              J.