IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ESTES EXPRESS LINES<br>3901 West Broad Street<br>Richmond, Virginia 23230<br><br>          Plaintiff<br><br>v.<br><br>NEW CASTLE TRUCK REPAIR AND<br>MANUFACTURING, INC.<br>1009 River Road<br>New Castle, Delaware 19720<br><br>          Defendant | CIVIL ACTION<br><br>NO. 1:05-cv-00670-KAJ<br><br><br><br>**DEFAULT JUDGMENT** |

**CERTIFICATE OF SERVICE**

This is to certify that on April 18, 2006, a copy of the foregoing Application for Entry of Default Judgment was filed electronically.

I hereby certify that on April 18, 2006, a true and correct copy of the foregoing Application for Entry of Default Judgment was served by U.S. first class mail, postage prepaid, upon the following:

        New Castle Truck Repair and Manufacturing, Inc.
        1009 River Road
        New Castle, Delaware 19720

        By:   /s/: Brian E. Lutness
                    Brian E. Lutness, Esquire
                    DE Bar ID: 3572
                    SILVERMAN, McDONALD &
                    FRIEDMAN
                    1010 North Bancroft Parkway, Suite 22
                    Wilmington, DE 19805
                    Telephone: (302) 888-2900
                    Fax: (302) 888-2923
                    E-mail: lutness@juno.com