IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ESTES EXPRESS LINES, | ) |
| | ) |
| Plaintiff, | ) C.A. No. 05-670 (KAJ) |
| | ) |
| v. | ) |
| | ) |
| NEW CASTLE TRUCK REPAIR AND MANUFACTURING, INC., | ) |
| | ) |
| Defendant. | ) |

ORDER

At Wilmington, this 29th day of August, 2006,

IT IS HEREBY ORDERED that plaintiff shall submit a status report to the Court no later than September 6, 2006.

_____
UNITED STATES DISTRICT JUDGE