IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ESTES EXPRESS LINES, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 05-670 (KAJ) |
| | ) | |
| v. | ) | |
| | ) | |
| NEW CASTLE TRUCK REPAIR AND MANUFACTURING, INC., | ) ) ) | |
| Defendant. | ) | |

ORDER

At Wilmington, this 19th day of September, 2006,

WHEREAS, a default was entered as to the defendant on March 15, 2006 (D.I. 4);

WHEREAS, plaintiff filed a motion for default judgment on April 18, 2006 (D.I. 6);

WHEREAS, the Court ordered that a status report be filed no later than September 6, 2006 (D.I. 7), and plaintiff having failed to respond to the order; therefore,

IT IS HEREBY ORDERED that this action is DISMISSED for failure to prosecute.

_____
UNITED STATES DISTRICT JUDGE